THE NATIONAL CITY BANK OF NEW YORK, demandante y apelante, *v.* MANUEL GONZÁLEZ SEIJO, ISABEL SEIJO VDA. DE GONZÁLEZ, FRANCISCA SEIJO VDA. DE ALEMÁN y SERGIO SEIJO, demandados y apelados.

No. 6080.—*Sometido:* Junio 14, 1933. *Resuelto:* Junio 16, 1933.

*Fiddler & Newsom (Hartzell, Kelley & Hartzell,* en el alegato), abogados del apelante; *H. Miranda Negrón,* abogado de los apelados.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

The National City Bank of New York demandó en la Corte de Distrito de San Juan a cuatro personas para que le pagasen los $2,600 que reconocieron deberle en un pagaré y sus intereses al 10 por ciento anual y les embargó bienes para aseguramiento de la sentencia que se dictase. Los demandados formularon excepción previa contra la demanda y solicitaron el traslado del asunto a la Corte de Distrito de Arecibo, el que fué decretado. Declarada sin lugar la excepción previa no fué contestada la demanda y celebrado el juicio en el que sólo presentó prueba el demandante consistente en la declaración de un testigo y en la presentación del pagaré, según admite el apelante en su alegato, fué dictada sentencia en los términos solicitados por el demandante con las costas y honorarios de abogado. El demandante presentó su memorándum de costas conteniendo, entre otras partidas, $27 por tres viajes de su abogado de San Juan a Arecibo, y $500 para honorarios de abogado. Estas partidas fueron impugnadas

por los demandados y la corte rebajó los $27 a $15 y los $500 a $100. Por estas rebajas interpuso el banco este recurso de apelación.

Creemos que son de tan poca importancia para el apelante los $12 que.rebajó la corte inferior por los viajes de su abogado que no vale la pena que tengamos que resolver cuál es el precio de esos viajes y si no debieron ser rebajados los $12 que interesa se le paguen en adición de los otros de la condena.

En cuanto a los $100 que le concedió la corte inferior por honorarios de abogado, no creemos que dicha corte cometiera un manifiesto error al fijar esa cuantía, dada la naturaleza de este asunto y los pocos trámites que ha tenido.

*La resolución apelada debe ser confirmada.*